UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Emily T. Corsones, an incapacitated Adult, by and through her Court Appointed Co-Guardian and mother Nancy Corsones,<br><br>    Plaintiff,<br><br>v.<br><br>Donuts of Rutland, Inc., Midway Oil Corporation, Charles H. Emery, III, Andrew Galliano and Does 1-50 Inclusive,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 2:17-cv-12 |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

NOW COME the parties, by and through the respective counsel of record and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against Donuts of Rutland, Inc., Midway Oil Corporation, and Charles H. Emery, III, with each party to bear its own costs and attorneys' fees.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant the foregoing Order.

DATED: January 11, 2019                      FOR THE PLAINTIFF,

                                                            */s/ Paul William Danielsen, Esq.*
                                                            PAUL WILLIAM DANIELSEN
                                                            826 Orange Avenue, #310
                                                            Coronado, CA 92118
                                                            Telephone: (619) 437-1577
                                                            Facsimile: (619) 435-1577
                                                            PWDLAW@aol.com

DATED: January 11, 2019	FOR THE DEFENDANTS,

/s/ *Barbara R. Blackman, Esq.*
Barbara R. Blackman, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT  05401
Ph. 802-860-1500
bblackman@lynnlawvt.com

## **ORDER**

The stipulation is approved.  The entire action with respect to the Plaintiff and Defendants Donuts of Rutland, Inc., Midway Oil Corporation, and Charles H. Emery, III, including all claims and counterclaims, is hereby dismissed with prejudice.

DATED January 14, 2019.

/s/ William K. Sessions III
Hon. William K. Sessions III
United States District Court
District of Vermont